# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BAHEEJ ALSHAMMAS, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTACRUZ JR et al., <br><br> Respondents. | Case No. 5:26-CV-01922-DFM <br><br><br> ORDER GRANTING PETITIONER'S UNOPPOSED HABEAS PETITION (Dkt. 1) |

On April 17, 2026, Petitioner Baheej Alshammas filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging his immigration detention as a violation of the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act. See Dkt. 1.

On April 24, 2026, Respondents filed an Answer, stating: "Respondents are not presenting an opposition argument at this time. Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 10.

As Respondents do not advance any argument in opposition to the Petition, the unopposed Petition is **GRANTED** the unopposed Petition and Respondents are **ORDERED** to:

1.    release Petitioner from custody immediately, under the same conditions as he was released before his January 12, 2026 arrest and re-detention;

2.    return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

3.    file a statement with the court within two (2) court days of Petitioner's release, attesting to Respondents' compliance with this Order.[1]

Petitioner also requests costs and attorney's fees. See Petition at 11. The Court will consider an application requesting reasonable costs and fees under the Equal Access to Justice Act that is filed within thirty days (30) of the judgment.

**IT IS SO ORDERED.**

Date: April 27, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge

---

[1] Petitioner also seeks an injunction limiting his re-detention. See Petition at 11. The Court declines to grant any such relief and takes no position on whether, or under what circumstances, Respondents may lawfully seek to re-detain Petitioner in the future.