JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

BAHEEJ ALSHAMMAS,

Petitioner,

v.

ERNESTO SANTACRUZ JR et al.,

Respondents.

Case No. 5:26-cv-01922-DFM

JUDGMENT

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on April 27, 2026.

Date: April 30, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge